IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – GENERAL

Date: 09/21/09

Civil Case No. CV-07-00109-TUC-RCC

Title Robert Rivera, et ux   vs.   Stover & City of Tucson, et al.,
==============================================================================
Present:
HON. Raner C. Collins

Deputy Clerk: Michelle Mejia          Court Reporter: Erica Grund

ATTORNEY(s) FOR PLAINTIFF            ATTORNEY(s) FOR DEFENDANT

Steven Sandoval                       Darryl Audilett
==============================================================================w=
**PROCEEDINGS**:    X   Open Court          Chambers          Other

Motion Hearing on Defendant's Motion for Partial Summary Judgement **[42]**

Counsel make statements to the Court. Defendant's Motion for Partial Summary Judgement **[42] - Under Advisement. Official order to follow.**

**1 Hour 5 minutes**