KIMBLE, NELSON, AUDILETT & KASTNER, P.C.
335 NORTH WILMOT, SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440/FAX (520) 748-2469
Email: daa@audilettlaw.com
Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Stover, City of Tucson,
Tucson Police Department and Miranda

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE STATE OF ARIZONA

MARIA MARGARITA RIVERA and
ROBERT C. RIVERA, wife and
husband,

                    Plaintiffs,

v.

JEFF STOVER and CAROLINE
STOVER, husband and wife, CITY OF
TUCSON, a body politic, CITY OF
TUCSON POLICE DEPT. POLICE
CHIEF RICHARD MIRANDA, JOHN
AND JANE DOES 1-5, FICTITIOUS
DEFENDANTS,

                    Defendants.

NO. CIV-07-109-TUC RCC

**DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTIONS IN LIMINE**

**(Oral Argument Scheduled for
February 8, 2010 at 1:30 p.m.)**

**PLAINTIFFS' MOTION IN LIMINE RE: DRUG OR ALCOHOL TESTING RESULTS**

First, it must be noted that Plaintiff had asserted two state law claims against

Officer Stover; negligence and intentional infliction of emotional distress.   The

toxicology report (attached hereto as Exhibit A) shows that there was parent cocaine

(not just cocaine metabolites), and there was alcohol in Mr. Rivera's bloodstream.

Arizona Revised Statue 12-711 states:

> In any civil action, the finder of fact may find the Defendant not liable if
> the Defendant proves that the claimant was under the influence of an
> intoxicating liquor or a drug and as a result of that influence the claimant
> was at least fifty percent responsible for the accident or event that
> caused the claimant harm.

Thus, the presence of cocaine and alcohol in Mr. Rivera's bloodstream at the

Rivera v. City of Tucson
District Court Case No. CIV 07-109-TUC-RCC

1   time of the incident is very relevant.  The coroner, Cynthia Porterfield, will talk about

2   the autopsy and the toxicology report.  In fact, we will play a video deposition of Dr.

3   Monforte, who was in charge of the lab and signed off on the toxicology report

4   confirming the presence of cocaine and alcohol in Mr. Rivera's bloodstream.  Put

5   bluntly, cocaine stimulates the central nervous system and emboldens one's conduct.

6   Alcohol lowers inhibitions.  Mr. Rivera being emboldened by cocaine and with lowered

7   inhibitions fits perfectly with him pulling his gun on Officer Stover, resulting in Mr.

8   Rivera's death.

9       The relevance of the cocaine and alcohol apply to the federal claims as well,

10  because the presence of those drugs in Rivera's system fully support Defendants'

11  descriptions and version of the events that lead up to and resulted in Mr. Rivera's

12  death.

13              **PLAINTIFFS' MOTION IN LIMINE RE: DECEDENT'S CRIMINAL RECORDS**

14      Defendants put together a summary of Mr. Rivera's criminal history, and during

15  discovery provided all TPD reports on Deangelo Rivera to Plaintiffs' counsel.  When

16  the Pretrial Order was prepared, the summary was narrowed down to include reports

17  that involved the Rivera parents; or that involved  the Rivera family residence where

18  the parents and Deangelo resided, or that involved incidents that would seem to be

19  obvious to the parents, such as Deangelo Rivera getting shot. The narrowed-down

20  summary is Addendum A to the Pretrial Order, listing the reports as Defendants'

21  exhibits.

22      For purposes of responding to this motion, that list of reports has been narrowed

23  even further, to reports where the Rivera parents, Robert and Margie, were involved,

24  contacted or notified.   That list is below, and attached as Exhibit B hereto.

25      The summary here and even Addendum A to the Pretrial Order do not include

26  all the police reports concerning Deangelo Rivera, of which there are over 400 pages.

27  The summary below, and attached here as Exhibit B with reports attached, only

28  includes those reports Defendants believe are without a doubt relevant to the family

Rivera v. City of Tucson
District Court Case No. CIV 07-109-TUC-RCC

dynamic, and the reports involve the Rivera parents, the Plaintiffs, so that they either reported or had knowledge of all these incidents.

The reports listed below are relevant to Plaintiffs' damages.  Plaintiffs are essentially requesting wrongful death damages.  Plaintiffs' relationship with the decedent is therefore the focus of their damages.  Was it a good relationship?  Was it a bad relationship?  What kind of relationship existed between Mr. Rivera and his parents, the Plaintiffs here?  What were the family dynamics?  All of these are legitimate questions, and the incidents listed below are relevant to those questions.

|  | Date | Page | Report Number | Description | Witnesses for trial |
|---|---|---|---|---|---|
| Exhibit 321 | 11/16/94 | 006 | 9411168006 | Ofc. Walker responds to Sunnyside H.S. after River attempted to provoke Gutierrez into a gang fight, then punched Gutierrez in face. Arrested and released to his Mother | Walker, 31576 |
| Exhibit 322 | 12/08/94 | 009 | 9412080676 | Rivera's Mother files a missing person report on him | Tibbetts, 7917 Seburn, 24138 |
| Exhibit 323 | 03/03/95 | 021 | 9503030164 | Assistant Principal Joe Castillo, Pueblo High School, said Rivera threatened him, for not returning his red stuff (clothing signifying Bloods) Paper-referred to his mother | Gonzalez, 28719 |

Rivera v. City of Tucson
District Court Case No. CIV 07-109-TUC-RCC

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 324 | 09/06/95 | 029 | 9509060378 | Ofc. Carpenter arrested Rivera after fight at Pueblo H.S. Rivera slipped cuffs but eventually turned himself in.  Threw gang signs.  Claims "Vista".  <u>Field-released to his mother.</u> | Carpenter, 32466 |
| Exhibit 328 | 12/20/95 | 087 | 9512200722 | Rivera was in illegally parked vehicle past curfew, gave false first name, was <u>released to mother</u> at Santa Cruz substation | Gamez, 27092 |
| Exhibit 329 | 01/10/96 | 091 | 9601100771 | Police called re shots fired, <u>flagged down by Rivera's father</u>, shots were fired at their house, Deangelo Rivera said it was because he was a witness to the shooting death of Robert Sierra. Rivera said he ran with the Bloods. | Vega,  31918 |
| Exhibit 330 | 12/12/98 | 121 | 9812120101 | Deangelo Rivera and Arthur Garcia held at gunpoint by robber, <u>in front of Rivera's parents' home</u> at 4770 South Cherry.  Robber was apprehended with stolen car after police pursuit | Hernandez, 35196 Freeman, 18793 Wheeler, 31602 |

4

Rivera v. City of Tucson
District Court Case No. CIV 07-109-TUC-RCC

| Exhibit 331 | 10/21/99 | 175 | 9910210328 | Rivera was passenger in car during aggravated assault and kidnapping. <u>His mother was contacted by officers at the family home when they were trying to locate Rivera.</u> | Cascia 28733 Petersen, 35688 |
|---|---|---|---|---|---|
| Exhibit 332 | 10/10/99 | 182 | 9910100072 | Officer Judd reporting on Deangelo Rivera DUI. <u>Rivera was field released to his mother</u>. | Judd, 34978 |
| Exhibit 333 | 10/30/99 | 196 | 9910300163 | <u>Robert Rivera, Margie Rivera</u>, DeAngelo and Henry Rivera were in house at time of shots fired at house.  Rivera Senior called police fearing it was a drive-by. | Hernandez, 35196 |
| Exhibit 335 | 09/03/01 | 218 | 0109030547 | <u>Robert Rivera</u> reported to police that Deangelo had punched him at the family residence. | Pesquerria, 29831 Fehringer, 43586 Paguinawan, 43918 |

5

Rivera v. City of Tucson
District Court Case No. CIV 07-109-TUC-RCC

| Exhibit 336 | 09/15/01 | 220 | 0109150576 | Robert Rivera reported his son Deangelo threw a glass bottle at the front window of the family residence, was yelling, threw a rock, that Deangelo told Robert "I'm going to kill your sorry ass!", Robert said Deangelo appeared to be drunk or something.  The other son, Henry, heard Deangelo yelling, and cuss at Robert Rivera. | Fehringer, 43586<br><br>Hanes 41824 |
|---|---|---|---|---|---|
| Exhibit 337 | 03/17/02 | 223 | 0203170079 | Robert Rivera reported his son Deangelo had keys to his vehicle which was taken from his yard, damaging his wall.  Robert Rivera later reported his son Deangelo had called to tell him where the vehicle was and to come and get it. | Morkin, 35940<br>Blair, 32542 |

Rivera v. City of Tucson
District Court Case No. CIV 07-109-TUC-RCC

| Exhibit 338 | 09/16/03 | 239 | 0309160477 | Deangelo Rivera was at scene when officers responded to calls of shots being fired between vehicles, aggravated assault DV agg, crack cocaine.  Rivera said he was a victim and was being shot at, told the officer not to tell anyone the crack was his.<br><br>Robert Rivera was present when Deangelo's room at the family residence was searched by police. | Pesqueira, 29831<br>Suarez, 22935<br><br>Rivera 39296<br><br>Martin Garcia, 24148 |
|---|---|---|---|---|---|
| Exhibit 339 | 01/23/04 | 295 | 0401230066 | Robert Rivera reported to police their family home was shot up in a drive-by shooting. Shell casings were found in the street. Deangelo and his brothers drove up when police were there. | Pegnato, 41541 |
| Exhibit 340 | 02/02/04 | 312 | 0402020526 | Mother Margie Rivera reported that Deangelo Rivera and father Robert Rivera got into argument, shots were fired into air | Holewinski, 44175<br>Gould, 44600 |

Rivera v. City of Tucson
District Court Case No. CIV 07-109-TUC-RCC

| Exhibit 344 | 01/18/06 | 357 | 0601180862 | Mrs. Margie Rivera reported Deangelo Rivera having fired gunshots in the family house. Deangelo said <u>he was mad about a fight with his girlfriend.</u> <u>Robert Rivera</u> left the house to avoid Deangelo when he was drunk. Mrs. Rivera said she did not want to press charges. <u>Det. Fuentes talked to Rivera the day before he died.</u> | Fernandez, 22991

Lemas 44427

Detective Marty Fuentes |
| --- | --- | --- | --- | --- | --- |

The above police contact demonstrates a highly dysfunctional family dynamic. The jury is entitled to hear and evaluate this information on the issue of damages in the event the jury finds the Defendants liable to the Plaintiffs.

DATED this 4th day of February, 2010.

KIMBLE, NELSON, AUDILETT & KASTNER, P.C.


/s/ Daryl Audilett
_____
Daryl A. Audilett, Esq.
Attorney for Defendants Stover, City of Tucson
Tucson Police Department and Miranda

Copy of the foregoing filed this
4th day of February, 2010 to:

Court Clerk
UNITED STATE DISTRICT COURT
405 W. Congress Street
Tucson, AZ 85701

Rivera v. City of Tucson
District Court Case No. CIV 07-109-TUC-RCC

Copy of the foregoing mailed this
4th day of February, 2010 to:

Steven G. Sandoval, Esq.
SANDOVAL & ST. CLAIR, P.L.C.
177 N. Church Avenue, Suite 1008
Tucson, AZ 85701
**Attorney for Plaintiffs**

By Meghan Summers