# KIMBLE, NELSON, AUDILETT & KASTNER, P.C.

335 NORTH WILMOT, SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440/FAX (520) 748-2469
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Stover

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| MARIA MARGARITA RIVERA and ROBERT C. RIVERA, as wife and husband,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFF STOVER and CAROLINE STOVER, as husband and wife,<br><br>    Defendants. | **NO. CV-07-109-TUC RCC**<br><br>**DEFENDANTS' VOIR DIRE** |

1. Have you or a close friend or a close relative ever had an unpleasant experience of any sort with anyone associated with or affiliated with Tucson Police Department or the City of Tucson?

2. Have you or a close friend or a close relative ever felt mistreated by a law enforcement officer?

3. Have you or a close friend or a close relative ever had an unpleasant experience with any member of the Tucson Police Department?

4. Have you or a close friend or a close relative ever had an unpleasant experience with any member of any other law enforcement agency?

5. Do any of you harbor any ill will for or dislike for any reason law enforcement officers or agencies in general?

6. Have you ever personally observed a police officer doing something that you thought was inappropriate?

7. Have you ever heard about an incident that occurred that you thought

Rivera v. City of Tucson
District Court Case No. CV 07-109-TUC-RCC

1     involved inappropriate behavior by a police officer?

2    8.    Do you have any bumper stickers, and if so, what do they say?

3    9.    What are your favorite television shows?

4    10.   What are your favorite magazines or newspapers?

6                  DATED this 2nd day of March, 2010.

7                  KIMBLE, NELSON, AUDILETT & KASTNER, P.C.

9                  /s/ Daryl A. Audilett

10                _____
                    Daryl A. Audilett, Esq.
                    Attorney for Defendants Stover

11   Copy of the foregoing mailed this
12   2nd day of March, 2010 to:

13   Steven G. Sandoval, Esq.
     SANDOVAL & ST. CLAIR, P.L.C.
14   177 N. Church Avenue, Suite 1008
     Tucson, AZ 85701
15   **Attorney for Plaintiffs**

17   By _____ MLS _____
     #0841