**KIMBLE, NELSON, AUDILETT & KASTNER, P.C.**
335 NORTH WILMOT, SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440/FAX (520) 748-2469
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Stover

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE STATE OF ARIZONA**

| | |
|---|---|
| MARIA MARGARITA RIVERA and ROBERT C. RIVERA, as wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF STOVER and CAROLINE STOVER, as husband and wife,<br><br>Defendants. | **NO. CV-07-109-TUC RCC**<br><br>**DEFENDANTS' PROPOSED FORMS OF VERDICT** |

## CLAIM OF 4TH AMENDMENT VIOLATION

On Plaintiffs Margarita Rivera's and Robert Rivera's claim that Defendant Jeff Stover violated Deangelo Rivera's 4th Amendment rights to be free of unreasonable search and seizure, we the jury find in favor of Defendant Jeff Stover.

On Plaintiff s Margarita Rivera's and Robert Rivera's claim that Defendant Jeff Stover violated Deangelo Rivera's 4th Amendment rights to be free of unreasonable search and seizure, we the jury find in favor of Plaintiffs Margarita Rivera and Robert Rivera.

Rivera v. City of Tucson
District Court Case No. CV 07-109-TUC-RCC

**CLAIM OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

On Plaintiffs Margarita Rivera's and Robert Rivera's claim that Defendant Jeff Stover intentionally inflicted emotional distress upon them, we the jury find in favor of Defendant Jeff Stover.

On Plaintiffs Margarita Rivera's and Robert Rivera's claim that Defendant Jeff Stover intentionally inflicted emotional distress upon them, we the jury find in favor of Margarita Rivera and Robert Rivera and assess percentages of fault as follows:

Deangelo Rivera    \_\_\_\_\_%

Jeff Stover        \_\_\_\_\_%

        100 %

**CLAIM OF NEGLIGENCE**

On Plaintiffs Margarita Rivera's and Robert Rivera's claim that Defendant Jeff Stover was negligent and that negligence caused the death of Deangelo Rivera, we the jury find in favor of Defendant Jeff Stover.

On Plaintiffs Margarita Rivera's and Robert Rivera's claim that Defendant Jeff Stover was negligent and that negligence caused the

Rivera v. City of Tucson
District Court Case No. CV 07-109-TUC-RCC

death of Deangelo Rivera, we the jury find in favor of Plaintiffs Margarita Rivera and Robert Rivera and assess percentages of fault as follows:

Deangelo Rivera      _____%

Jeff Stover          _____%

                                100  %

DATED this 12th day of March, 2010.

KIMBLE, NELSON, AUDILETT & KASTNER, P.C.

/s/ Daryl A. Audilett

_____
Daryl A. Audilett, Esq.
Attorney for Defendants Stover

Copy of the foregoing e-mailed this
12th day of March, 2010 to:

Steven G. Sandoval, Esq.
SANDOVAL & ST. CLAIR, P.L.C.
177 N. Church Avenue, Suite 1008
Tucson, AZ 85701
**Attorney for Plaintiffs**

By ___MLS_____
#0841