UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

MAR 16 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MARIA MARGARITA RIVERA, ET VIR, )
)
Plaintiffs, )
)
vs. )           **VERDICT**
)
JEFF STOVER, ET UX., )           CASE NO CV-07-109-TUC-RCC
)
Defendants. )
)

**CLAIM OF 4ᵀᴴ AMENDMENT VIOLATION**

ON PLAINTIFFS' CLAIM THAT DEFENDANT JEFF STOVER VIOLATED DEANGELO RIVERA'S 4ᵀᴴ AMENDMENT RIGHTS BY USING EXCESSIVE FORCE, WE THE JURY FIND IN FAVOR OF THE DEFENDANT STOVER AND AGAINST THE PLAINTIFFS.

#11
_____
Presiding Juror's Number (#)

Tuesday March 16, 2010
_____
Date