UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

MAR 16 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MARIA MARGARITA RIVERA, ET VIR, )
                                )
          Plaintiffs,           )
                                )
vs.                             )   VERDICT
                                )
JEFF STOVER, ET UX.,            )   CASE NO CV-07-109-TUC-RCC
                                )
          Defendants.           )
_____)

**CLAIM OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

ON PLAINTIFFS' CLAIM THAT DEFENDANT JEFF STOVER INTENTIONALLY INFLICTED EMOTIONAL DISTRESS UPON THEM, WE THE JURY FIND IN FAVOR OF THE DEFENDANT JEFF STOVER AND AGAINST THE PLAINTIFFS.

\# 11
_____
Presiding Juror's Number (#)

Tuesday March 16, 2010
_____
Date